Mandus DeMay, Administrator of Estate of Harold DeMay, Deceased, Appellee, v. Robert Brew and John C. Brew, Appellants.

Gen. No. 9,566.

506

opinion filed September 19, 1940. Thomas J. Welch and Vera M. Binks, for appellants; Charles F. Short, Jr., of counsel; Bergland & Everett, for appellee. Opinion by JUSTICE DOVE. ''Not to be published in full.''